UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| VOLVO FINANCIAL SERVICES, a division of VFS US LLC, | Hon. Joseph H. Rodriguez |
| Plaintiff, | Civil Action No. 17-5207 |
| v. | ORDER GRANTING DEFAULT JUDGMENT |
| MEDWAY TRUCKING LLC, DOMINICK PARDO, PIONEER TRUCK SALES, and PARDO'S TRUCK SERVICE PARTS WAREHOUSE, INC. | |
| Defendants. | |

This matter having come before the Court on Motion of Plaintiff Volvo Financial Services, a division of VFS US LLC, for Default Judgment against Defendants Medway Trucking LLC, Dominick Pardo, Pioneer Truck Sales and Pardo's Truck Service Parts Warehouse, Inc.; and

The Court finds that these Defendants have failed to appear, plead, or otherwise defend in this action; and

Default having been entered on August 28, 2017 in accordance with Federal Rule of Civil Procedure 55(a); and

Counsel for Plaintiff having requested judgment against the defaulted Defendants and having filed a proper motion and certification in accordance with Federal Rule of Civil Procedure 55(b); and

The Court finding that the damages sought are of a sum certain in this breach of contract action; and

The Court having considered the matter without oral argument pursuant to Fed. R. Civ. P. 78(b); and

For good cause shown,

IT IS on this 10th Day of October, 2017 hereby

ORDERED that Plaintiff Volvo Financial Services, a division of VFS US LLC's motion for default judgment [9] is hereby **GRANTED** against Defendants Medway Trucking LLC, Dominick Pardo, Pioneer Truck Sales and Pardo's Truck Service Parts Warehouse, Inc.; and it is further

ORDERED that judgment in the amount of $438,603.08 shall be entered in favor of Plaintiff Volvo Financial Services, a division of VFS US LLC and against Defendants Medway Trucking LLC, Dominick Pardo, Pioneer Truck Sales and Pardo's Truck Service Parts Warehouse, Inc. in an amount calculated as follows:

Balance Due Under Loan Documents: $402,269.58

Interest: $22,408.50

Attorney Fees: $13,870.00

Service of Process Fees: $245.00

Taxed Costs: $400.00

Total Judgment Amount: $438,603.08

s/ Joseph H. Rodriguez
HON. JOSEPH H. RODRIGUEZ,
United States District Judge